DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FERRARO; NORTHSHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON,<br><br>Defendants. | Case No. 2:17-cv-01919-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB (**BoNYM**), Northshores Owners Association (**Northshores**), Red Rock Financial Services, LLC (**Red Rock**), and Saticoy Bay LLC Series 3333 Hillingdon (**Saticoy Bay**), by and through the undersigned counsel, hereby jointly submit this stipulation and order to

44168160;1

extend dispositive motion deadline currently set for March 14, 2018 [ECF No. 24]. The parties are in agreement to extend the dispositive motion deadlines thirty (30) days to April 16, 2018.[1]

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The parties request this extension to allow additional time to prepare thorough and complete dispositive motions.

DATED this 21st day of February, 2018.

| **AKERMAN LLP**<br><br>/s/Natalie L. Winslow_____<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB* | **LEACH JOHNSON SONG & GRUCHOW**<br><br>/s/T. Chase Pittsenbarger_____<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, NV 89148<br><br>*Attorneys for Northshores Owners Association* |
|---|---|
| **KOCH & SCOW, LLC**<br><br>/s/Steven B. Scow _____<br>DAVID R. KOCH, ESQ.<br>Nevada Bar No. 8830<br>STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>11500 S. Eastern Avenue, Suite 210<br>Henderson, NV 89052<br><br>*Attorneys for Red Rock Financial Services, LLC* | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**<br><br>/s/Michael F. Bohn_____<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>376 E. Warm Springs Road, Suite 140<br>Las Vegas, NV 89119<br><br>*Attorneys for Saticoy Bay LLC Series 3333 Hillingdon* |

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**DATED**: February 23, 2018

---

[1] The date occurring 30 days after March 14, 2018 falls on a Saturday. The parties agree to move this deadline to the following business day.

2

44168160;1