DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN FERRARO; NORTHSHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON, <br><br> Defendants. | Case No. 2:17-cv-01919-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(SECOND REQUEST)** |

The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB (**BoNYM**), Northshores Owners Association (**Northshores**), Red Rock Financial Services, LLC (**Red Rock**), and Saticoy Bay LLC Series 3333 Hillingdon (**Saticoy Bay**), by and through the undersigned counsel, hereby jointly submit this stipulation and order to

44853044;1

extend dispositive motion deadline currently set for April 16, 2018 [ECF No. 32]. The parties are in agreement to extend the dispositive motion deadlines sixty (60) days to June 18, 2018. [1]

This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The parties request this extension because the court recently granted in part and denied in part Northshores' motion to dismiss and granted in part and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The date occurring 60 days after April 16, 2018 falls on a Saturday. The parties agree to move this deadline to the following business day.

44853044;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

denied in part Saticoy Bay's motion to dismiss. To date, no party has answered BoNYM's complaint. The parties request additional time so that the defendants can get answers on file before the parties file dispositive motions.

DATED this 11th day of April, 2018.

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| /s/Natalie L. Winslow_____<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB* | /s/T. Chase Pittsenbarger_____<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, NV 89148<br><br>*Attorneys for Northshores Owners Association* |
| **KOCH & SCOW, LLC** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
| /s/Steven B. Scow_____<br>DAVID R. KOCH, ESQ.<br>Nevada Bar No. 8830<br>STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>11500 S. Eastern Avenue, Suite 210<br>Henderson, NV 89052<br><br>*Attorneys for Red Rock Financial Services, LLC* | /s/Michael F. Bohn_____<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>376 E. Warm Springs Road, Suite 140<br>Las Vegas, NV 89119<br><br>*Attorneys for Saticoy Bay LLC Series 3333 Hillingdon* |

**IT IS SO ORDERED.**

_____
**United States Magistrate Judge**

**DATED**: April 19, 2018

44853044;1