DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
*Attorneys for Plaintiff*

KRISTAN E. LEHTINEN, ESQ.
Nevada Bar No. 8155
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 110
Las Vegas, NV 89134
Tel: (702) 667-3000
Fax: (702) 697-2020
Email: kristan.lehtinen@fnf.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN FERRARO; NORTHSHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON,<br><br>            Defendants. | Case No.: 2:17-CV-01919-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(THIRD REQUEST)** |

Fidelity National
Law Group
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 1 of 3

The Bank Of New York Mellon, fka The Bank Of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB ("BoNYM" or "Plaintiff"), Northshores Owners Association ("Northshores"), Red Rock Financial Services, LLC ("Red Rock"), and Saticoy Bay LLC Series 3333 Hillingdon ("Saticoy Bay"), by and through undersigned counsel, hereby jointly submit this stipulation and order to extend the dispositive motion deadline currently set for June 18, 2018 (ECF No. 36.) The parties agree to extend the dispositive motion deadlines sixty (60) days to August 17, 2018.

This is the parties' third request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The parties request this extension because the Court recently granted in part and denied in part Northshores' motion to dismiss and granted in part and denied in part Saticoy Bay's motion to dismiss. Subsequently, Northshores filed cross-claims against Red Rock, and filed a Motion to Dismiss those claims. (ECF 44.) Briefing on that motion was completed only recently, and therefore there is no answer yet to Northshores' cross-claims. (ECFs 47-48.) In addition, BoNYM submitted a claim for mediation with NRED (Nevada Real Estate Department) as to Northshores and Red Rock, after the Court dismissed, without prejudice, certain of BoNYM's claims against those defendants for failure to mediate pursuant to N.R.S. § 38.310. (ECF 33 at 3-5.) It is expected that that NRED mediation process will be completed

///
///
///
///
///
///
///
///
///
///

Fidelity National
Law Group
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

promptly and, if these parties do not resolve their differences at the mediation, BoNYM would then re-assert those previously-dismissed claims in this litigation.

DATED this 18th day of June, 2018.

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Natalie L. Winslow* | */s/ T. Chase Pittsenbarger* |
| NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89131 | SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, Nevada 89148 |
| **FIDELITY NATIONAL LAW GROUP** | |
| */s/ Kristan E. Lehtinen* | *Attorneys for Northshores Owners Association* |
| KRISTAN E. LEHTINEN, ESQ.<br>Nevada Bar No. 8155<br>1701 Village Center Circle, Suite 110<br>Las Vegas, Nevada 89134 | |
| *Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB* | |
| **KOCH & SCOW, LLC** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
| */s/ Steven B. Scow* | */s/ Michael F. Bohn* |
| DAVID R. KOCH, ESQ.<br>Nevada Bar No. 8830<br>STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>11500 S. Eastern Avenue, Suite 210<br>Henderson, Nevada 89052 | MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>376 E. Warm Springs Road, Suite 140<br>Las Vegas, Nevada 89119 |
| *Attorneys for Red Rock Financial Services, LLC* | *Attorneys for Saticoy Bay LLC Series 3333 Hillingon* |

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

**DATED:** June 21, 2018

Fidelity National
Law Group
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 3 of 3