DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
*Attorneys for Plaintiff*

KRISTAN E. LEHTINEN, ESQ.
Nevada Bar No. 8155
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 110
Las Vegas, NV 89134
Tel: (702) 667-3000
Fax: (702) 433-3091
Email: kristan.lehtinen@fnf.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FERRARO; NORTHSHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON,<br><br>Defendants. | Case No.: 2:17-CV-01919-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT SATICOY BAY LLC SERIES 3333 HILLINGDON'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 1 of 3

The Bank Of New York Mellon, fka The Bank Of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB ("BoNYM" or "Plaintiff"), Northshores Owners Association ("Northshores"), Red Rock Financial Services, LLC ("Red Rock"), and Saticoy Bay LLC Series 3333 Hillingdon ("Saticoy Bay"), by and through undersigned counsel, hereby jointly submit this stipulation and order to extend the deadline for Plaintiff to respond to Saticoy Bay's Motion for Summary Judgment (ECF No. 49), filed June 18, 2018, the response to which is currently due July 9, 2018. The parties agree to extend the deadline to August 17, 2018.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The parties request this extension because the Court recently granted the Parties' stipulation to extend the dispositive motion deadline to August 17, 2018. (ECF No. 51.) Thus, extending the deadline to respond to Saticoy Bay's Motion for Summary Judgment causes the response and dispositive motion deadlines to coincide, which is consistent with the August 17 dispositive motion deadline, and allows for a consolidation in the number of filings on the same topics.

DATED this 5th day of July, 2018.

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Natalie L. Winslow* | */s/ T. Chase Pittsenbarger* |
| ─────────────────────────── | ─────────────────────────── |
| NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89131 | SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, Nevada 89148 |
| **FIDELITY NATIONAL LAW GROUP** | |
| */s/ Kristan E. Lehtinen* | *Attorneys for Northshores Owners Association* |
| ─────────────────────────── | |
| KRISTAN E. LEHTINEN, ESQ.<br>Nevada Bar No. 8155<br>1701 Village Center Circle, Suite 110<br>Las Vegas, Nevada 89134 | |
| *Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative* | |

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

*Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB*

| KOCH & SCOW, LLC | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| */s/ Steven B. Scow* <br> ———————————————— <br> DAVID R. KOCH, ESQ. <br> Nevada Bar No. 8830 <br> STEVEN B. SCOW, ESQ. <br> Nevada Bar No. 9906 <br> 11500 S. Eastern Avenue, Suite 210 <br> Henderson, Nevada 89052 <br><br> *Attorneys for Red Rock Financial Services, LLC* | */s/ Michael F. Bohn* <br> ———————————————— <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> ADAM R. TRIPPIEDI, ESQ. <br> Nevada Bar No. 12294 <br> 376 E. Warm Springs Road, Suite 140 <br> Las Vegas, Nevada 89119 <br><br> *Attorneys for Saticoy Bay LLC Series 3333 Hillingon* |

**IT IS SO ORDERED.**

————————————————
UNITED STATES DISTRICT JUDGE

**DATED:** July 6, 2018

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 3 of 3