1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  AKERMAN LLP
4  1635 Village Center Circle, Suite 200
   Las Vegas, NV 89134
5  Telephone: (702) 634-5000
   Facsimile: (702) 380-8572
6  Email: darren.brenner@akerman.com
7  Email: natalie.winslow@akerman.com
   *Attorneys for Plaintiff*
8
   KRISTAN E. LEHTINEN, ESQ.
9  Nevada Bar No. 8155
   FIDELITY NATIONAL LAW GROUP
10 1701 Village Center Circle, Suite 110
   Las Vegas, NV 89134
11 Tel:  (702) 667-3000
   Fax:  (702) 433-3091
12 Email:  kristan.lehtinen@fnf.com
   *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB,<br><br>       Plaintiff,<br><br> vs.<br><br>JOHN FERRARO; NORTHSHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON,<br><br>       Defendants. | Case No.: 2:17-CV-01919-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT SATICOY BAY LLC SERIES 3333 HILLINGDON'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 1 of 3

The Bank Of New York Mellon, fka The Bank Of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB ("BoNYM" or "Plaintiff"), Northshores Owners Association ("Northshores"), Red Rock Financial Services, LLC ("Red Rock"), and Saticoy Bay LLC Series 3333 Hillingdon ("Saticoy Bay"), by and through undersigned counsel, hereby jointly submit this stipulation and order to extend the deadlines for Plaintiff to respond to Saticoy Bay's Motion to Dismiss (ECF No. 77), filed December 6, 2018, the response to which is currently due December 24, 2018. The parties agree to extend the deadline to January 22, 2019.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The parties' request this extension because undersigned counsel will be out of town for the holidays and will return after the New Year.

DATED this 17th day of December, 2018.

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Natalie L. Winslow* | */s/ T. Chase Pittsenbarger (with permission)* |
| NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89131 | SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, Nevada 89148 |
| **FIDELITY NATIONAL LAW GROUP** | |
| */s/ Kristan E. Lehtinen* | *Attorneys for Northshores Owners Association* |
| KRISTAN E. LEHTINEN, ESQ.<br>Nevada Bar No. 8155<br>1701 Village Center Circle, Suite 110<br>Las Vegas, Nevada 89134 | |
| *Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB* | |

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 2 of 3

| | |
|---|---|
| **KOCH & SCOW, LLC** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
| */s/ Steven B. Scow (with permission)* | */s/ Adam R. Trippiedi (with permission)* |
| DAVID R. KOCH, ESQ.<br>Nevada Bar No. 8830<br>STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>11500 S. Eastern Avenue, Suite 210<br>Henderson, Nevada 89052 | MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>376 E. Warm Springs Road, Suite 140<br>Las Vegas, Nevada 89119 |
| *Attorneys for Red Rock Financial Services, LLC* | *Attorneys for Saticoy Bay LLC Series 3333 Hillingon* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 20, 2018

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000