DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
*Attorneys for Plaintiff*

CHRISTINA WANG, ESQ.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 110
Las Vegas, NV 89134
Tel: (702) 667-3000
Fax: (702) 433-3091
Email: kristan.lehtinen@fnf.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FERRARO; NORTHSHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON,<br><br>Defendants. | Case No.: 2:17-CV-01919-JCM-PAL<br><br>**STIPULATION AND ORDER TO SET DISPOSITIVE MOTION DEADLINE** |

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 1 of 3

The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB (**BoNYM**), Northshores Owners Association (**Northshores**), Red Rock Financial Services, LLC (**Red Rock**), and Saticoy Bay LLC Series 3333 Hillingdon (**Saticoy Bay**), by and through the undersigned counsel, hereby jointly submit this stipulation and order to set the dispositive motion deadline for April 12, 2019. Previously, the parties filed summary judgment motions, but the Court denied them without prejudice so that BNYM could re-assert certain claims; BNYM subsequently filed its Amended Complaint. (Docs. 73, 74.) Thus, the parties have agreed to a new dispositive motion deadline.

DATED this 19th day of February, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON & SONG** |
|---|---|
| /s/ Natalie L. Winslow (with permission)<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB* | /s/ T. Chase Pittsenbarger (with permission)<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br><br>*Attorneys for Northshores Owners Association* |
| **KOCH & SCOW, LLC** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
| /s/ Steven B. Scow (with permission)<br>DAVID R. KOCH, ESQ.<br>Nevada Bar No. 8830<br>STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>11500 S. Eastern Avenue, Suite 210<br>Henderson, NV 89052<br><br>*Attorneys for Red Rock Financial Services, LLC* | /s/ Michael F. Bohn (with permission)<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Las Vegas, Nevada 89074<br><br>*Attorneys for Saticoy Bay LLC Series 3333 Hillingdon* |

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 2 of 3

**FIDELITY NATIONAL LAW GROUP**

*/s/ Christina Wang*
CHRISTINA WANG, ESQ.
Nevada Bar No. 9713
1701 Village Center Circle, Suite 110
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB*

**IT IS SO ORDERED.**

_____
**MAGISTRATE JUDGE**

**DATED**: February 21, 2019

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000