DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
*Attorneys for Plaintiff*

CHRISTINA WANG, ESQ.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 110
Las Vegas, NV 89134
Tel: (702) 667-3000
Fax: (702) 433-3091
Email: christina.wang@fnf.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN FERRARO; NORTHSHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON, <br><br> Defendants. | Case No.: 2:17-CV-01919-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(First Request)** |

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 1 of 3

The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB (**BNYM**), Northshores Owners Association (**Northshores**), and Red Rock Financial Services, LLC (**Red Rock**), by and through the undersigned counsel, hereby jointly submit this stipulation and order to set the dispositive motion deadline for two weeks after this Court rules on BNYM's motion for leave to file an amended complaint, which BNYM will file soon in light of the Court's Order two days ago (Doc. 85) granting Saticoy Bay's Motion to Dismiss BNYM's quiet title claim. In the alternative, if the Court will not allow the parties to set the new dispositive motion deadline in that manner, the parties stipulate to a deadline of April 26, 2019, in light of the Court's recent Order (Doc. 85). The deadline is currently set for April 12, 2019. Previously, the parties filed summary judgment motions, but the Court denied them without prejudice so that BNYM could re-assert certain claims; BNYM subsequently filed its Amended Complaint. (Docs. 73, 74.) These parties then agreed to a new dispositive motion deadline, but, as stated above, the Court recently granted a motion to dismiss. Thus, these parties have agreed to a new dispositive motion deadline.

DATED this 12th day of April, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON & SONG** |
|---|---|
| */s/ Natalie L. Winslow (with permission)* <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB* | */s/ T. Chase Pittsenbarger (with permission)* <br> SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> T. CHASE PITTSENBARGER, ESQ. <br> Nevada Bar No. 13740 <br> 2525 Box Canyon Drive <br> Las Vegas, NV 89128 <br><br> *Attorneys for Northshores Owners Association* |
| **KOCH & SCOW, LLC** | **FIDELITY NATIONAL LAW GROUP** |
| */s/ Steven B. Scow (with permission)* <br> DAVID R. KOCH, ESQ. <br> Nevada Bar No. 8830 | */s/ Christina Wang* <br> CHRISTINA WANG, ESQ. <br> Nevada Bar No. 9713 |

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

| | |
|---|---|
| STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>11500 S. Eastern Avenue, Suite 210<br>Henderson, NV 89052<br><br>*Attorneys for Red Rock Financial Services, LLC* | 1701 Village Center Circle, Suite 110<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB* |

**IT IS SO ORDERED** that the parties shall have an extension until April 26, 2019, to file dispositive motions.

_____
**U.S. MAGISTRATE JUDGE**

DATED: April 15, 2019

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000