DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
*Attorneys for Plaintiff*

CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Parkway, Suite 100
Henderson, NV 89074
Tel: (702) 667-3000
Fax: (702) 938-8721
Email: christina.wang@fnf.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FERRARO; NORTHSHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON,<br><br>Defendants. | Case No.: 2:17-CV-01919-JCM-PAL<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE ITS REPLIES TO DEFENDANTS NORTHSHORES OWNERS ASSOCIATION'S AND SATICOY BAY, LLC 3333 HILLINGDON'S OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT**<br><br>**[ECF NOS. 96, 102, 104, 106)**<br><br>**(FIRST REQUEST)** |

The Bank Of New York Mellon, fka The Bank Of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB ("BoNYM" or "Plaintiff"), Northshores Owners Association ("Northshores"), Red Rock Financial Services, LLC ("Red Rock"), and Saticoy Bay LLC Series 3333 Hillingdon ("Saticoy Bay"), by and through undersigned counsel, hereby jointly submit this stipulation and order to extend the deadlines for Plaintiff to file its Replies in Support of its Motion for Summary Judgment (ECF No. 96) to Northshores' Opposition to Motion for Summary Judgment (ECF No. 102), filed on May 10, 2019 and Saticoy Bay's Opposition to Motion for Summary Judgment (ECF Nos. 104 and 106), filed on May 17 and 20, 2019, the replies to which are currently due May 24, 2019 and May 31, 2019. The new deadline for the Replies shall be June 28, 2019. The parties request this extension to consolidate the separate Reply deadlines and to attempt to coordinate with an anticipated response deadline for Saticoy Bay's Motion for Summary Judgment, which Saticoy Bay has not filed yet.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 23rd day of May, 2019.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| */s/ Natalie L. Winslow* | */s/ T. Chase Pittsenbarger* |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89131 | SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>*Attorneys for Northshores Owners Association* |
| **FIDELITY NATIONAL LAW GROUP**<br><br>*/s/ Christina H. Wang*<br><br>CHRISTINA H. WANG, ESQ.<br>Nevada Bar No. 9713<br>2450 St. Rose Parkway, Suite 100<br>Henderson, NV 89074 | |

Fidelity National
Law Group
2450 St. Rose Parkway, Ste. 100
Henderson, NV 89074
(702) 667-3000

| *Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB* | |
|---|---|
| **KOCH & SCOW, LLC**<br><br>*/s/ Steven B. Scow*<br>_____<br>DAVID R. KOCH, ESQ.<br>Nevada Bar No. 8830<br>STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>11500 S. Eastern Avenue, Suite 210<br>Henderson, Nevada 89052<br>*Attorneys for Red Rock Financial Services, LLC* | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**<br><br>*/s/ Michael F. Bohn*<br>_____<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>376 E. Warm Springs Road, Suite 140<br>Las Vegas, NV 89119<br>*Attorneys for Saticoy Bay LLC Series 3333 Hillingon* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** May 23, 2019 _____

Page 3 of 3