MICHAEL F. BOHN, ESQ.
Nevada Bar No.;1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No. 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
(702)642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay,
LLC Series 3333 Hillingdon

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2004-30CB,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FERRARO; NORTH SHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON,<br><br>Defendants. | CASE NO.: 2:17-cv-01919-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SATICOY BAY, LLC 3333 HILLINGDON TO FILE ITS MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

Defendant Saticoy Bay, LLC Series 3333 Hillingdon and plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Passthrough Certificates Series 2004-30CB, defendant North Shores Owners Association and defendant Red Rock Financial Services by and through their respective counsel, hereby agree and stipulate as follows:

-1-

1. On December 6, 2018, Saticoy Bay filed its motion to dismiss plaintiff's amended complaint (ECF No. 77);

2. On April 10, 2019, this Court entered an order granting Saticoy Bay's motion to dismiss plaintiff Bank of New York's claims against Saticoy Bay (ECF No. 85);

3. Prior to the Order granting the motion to dismiss, the deadline to file dispositive motions in this case was extended to April 12, 2019 (ECF No. 83);

4. As a result of the Order of the granting the motion to dismiss, the parties, not including Saticoy Bay, stipulated to extend the dispositive motions deadline to April 26, 2019 (ECF No. 90);

5. Saticoy Bay inadvertently did not calendar the new dispositive motions deadline because it was not a party to the stipulation to extend the dispositive motion deadline;

6. Saticoy Bay timely responded to plaintiff The Bank of New York Mellon's motion for summary judgment (ECF No. 104);

7. Saticoy Bay requests leave to file its motion for summary judgment, and will not need more than seven days from filing of the Court's order granting leave;

8. Counsels for plaintiff The Bank of New York Mellon, defendant North Shores, and defendant Red Rock do not oppose the request;

///

///

///

9. This stipulation is made in good faith and not for purposes of delay.

DATED this 25th day of April, 2019.    DATED this 25th day of April, 2019.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ.

AKERMAN LLP

*/s/ Michael F. Bohn*
Michael F. Bohn, Esq.
Nikoll Nikci, Esq.
2260 Corporate Circle
Suite 480
Henderson, Nevada 89074
Attorneys for Defendant Saticoy Bay
LLC Series 3333 Hillingdon

*/s/ Natalie L. Winslow*
Darren T. Brenner, Esq.
Natalie L. Winslow, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Attorneys for Plaintiff Bank of New York
Mellon fka The Bank of New York, as Trustee
for the Certificateholders of CWALT, Inc.,
Alternative Loan Trust 2004-30CB, Mortgage
Passthrough Certificates Series 2004-30CB
Dean Witter Capital I Inc. Trust 2003-NC2,
Mortgage Passthrough Certificates, Series 2003-
NC2

LEACH KERN GRUCHOW
ANDERSON & SONG

KOCH & SCOW, LLC

*/s/ T. Chase Pittsenbarger*
Sean L. Anderson, Esq.
T. Chase Pittsenbarger, Esq.
2525 Box Canyon Drive
Las Vegas, NV 89128
*Attorneys for Northshores
Owners Association*

*/s/ Steven B. Scow*
David R. Koch, Esq.
Steven B. Scow, Esq.
11500 S. Eastern Avenue, Suite 210
Henderson, NV 89052
*Attorneys for Red Rock Financial Services, LLC*

FIDELITY NATIONAL LAWGROUP

*/s/ Christina H. Wang*
Christina H. Wang, Esq.
David M. LaSpaluto, Esq.
1701 Village Center Circle, Suite 110
Las Vegas, NV 89134
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 28, 2019