DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
*Attorneys for Plaintiff*

CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Parkway, Suite 100
Henderson, Nevada 89074
Tel: (702) 667-3000
Fax: (702) 938-8721
Email: christina.wang@fnf.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN FERRARO; NORTHSHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON,<br><br>                Defendants. | Case No.: 2:17-CV-01919-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT SATICOY BAY'S RENEWED MOTION FOR SUMMARY JUDGMENT (ECF NO. 111)**<br><br>**(First Request)** |

**Fidelity National Law Group**
2450 St. Rose Parkway,
Suite 100
Henderson, Nevada 89074
(702) 667-3000

Page 1 of 3

The Bank Of New York Mellon, fka The Bank Of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB ("BNYM" or "Plaintiff"), Northshores Owners Association ("Northshores"), Red Rock Financial Services, LLC ("Red Rock"), and Saticoy Bay LLC Series 3333 Hillingdon ("Saticoy Bay"), by and through undersigned counsel, hereby jointly submit this stipulation and order to extend Plaintiff's deadline to file its opposition to Saticoy Bay's Renewed Motion for Summary Judgment filed on June 4, 2019 (ECF 111), from June 25, 2019 to June 28, 2019.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The parties request this extension because BNYM's replies in support of its Motion for Summary Judgment (ECF 96) are due June 28, 2019, and this stipulation coordinates the deadlines.

DATED this 25th day of June, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Natalie L. Winslow* | */s/ T. Chase Pittsenbarger* |
| _____ | _____ |
| DARREN T. BRENNER, ESQ. | SEAN L. ANDERSON, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 7259 |
| NATALIE L. WINSLOW, ESQ. | T. CHASE PITTSENBARGER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 13740 |
| 1635 Village Center Circle, Suite 200 | 2525 Box Canyon Drive |
| Las Vegas, Nevada 89131 | Las Vegas, Nevada 89128 |
| | *Attorneys for Northshores Owners Association* |
| **FIDELITY NATIONAL LAW GROUP** | |
| */s/ Christina H. Wang, Esq.* | |
| _____ | |
| CHRISTINA H. WANG, ESQ. | |
| Nevada Bar No. 9713 | |
| FIDELITY NATIONAL LAW GROUP | |
| 2450 St. Rose Parkway, Suite 100 | |
| Henderson, Nevada 89074 | |
| *Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB* | |

**Fidelity National Law Group**
2450 St. Rose Parkway,
Suite 100
Henderson, Nevada 89074
(702) 667-3000

| **KOCH & SCOW, LLC** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/ Steven B. Scow* | */s/ Michael F. Bohn* |
| DAVID R. KOCH, ESQ.<br>Nevada Bar No. 8830<br>STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>11500 S. Eastern Avenue, Suite 210<br>Henderson, Nevada 89052<br>*Attorneys for Red Rock Financial Services, LLC* | MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Las Vegas, Nevada 89074<br>*Attorneys for Saticoy Bay LLC Series 3333 Hillingon* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** June 27, 2019

**Fidelity National Law Group**
2450 St. Rose Parkway, Suite 100
Henderson, Nevada 89074
(702) 667-3000