MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No. 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Saticoy Bay LLC
Series 3333 Hillingdon

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2004-30CB,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FERRARO; NORTH SHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON,<br><br>Defendants. | CASE NO.: 2:17-cv-01919-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SATICOY BAY LLC SERIES 3333 TO FILE ITS REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [ECF 121 AND 122]**<br>**(First Request)** |

Defendant Saticoy Bay LLC Series 3333 Hillingdon, defendant North Shores Owners Association, defendant Red Rock Financial Services, LLC, and plaintiff The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Passthrough Certificates Series 2004-30CB, by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant, Saticoy Bay LLC Series 3333 Hillingdon, to file its Reply in Support of its Motion for Leave to File Supplemental Authority in Support of Motion for Summary Judgment and Opposition to Plaintiff's Motion for Leave

1

to File Second Amended Complaint shall be extended to November 15, 2019. This is Saticoy Bay LLC Series 3333 Hillingdon's First Request for an extension.

Defendant Saticoy Bay LLC Series 3333 Hillingdon and plaintiff Bank of New York Mellon are engaged in settlement negotiations that the parties believe will resolve this matter. The additional time will allow the settlement negotiations to move forward without unnecessarily expending judicial resources.

This stipulation is made in good faith and not for purpose of delay.

DATED this 15th day of October, 2019.

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | AKERMAN LLP |
| By: /s/ /Nikoll Nikci, Esq./<br>　　Michael F. Bohn, Esq.<br>　　Nikoll Nikci, Esq.<br>　　2260 Corporate Cir, Suite 480<br>　　Henderson, Nevada 89074<br>　　*Attorneys for Defendant*<br>　　*Saticoy Bay LLC Series 3333 Hillingdon* | By: /s/ / Jamie Combs, Esq.   /<br>　　Darren T. Brenner, Esq.<br>　　Jamie Combs, Esq.<br>　　1635 Village Center Circle, Suite 200<br>　　Las Vegas, Nevada 89144<br>　　*Attorneys for The Bank of New York*<br>　　*Mellon* |
| LECH JOHNSON SONG & GRUCHOW | FIDELITY NATIONAL LAW GROUP |
| By: /s/ / T. Chase Pittsenbarger, Esq./<br>　　Sean L. Anderson, Esq.<br>　　T. Chase Pittsenbarger, Esq.<br>　　2525 Box Canyon Drive<br>　　Las Vegas, Nevada 89128<br>　　*Attorneys for North Shores Owners Association* | By: /s/ /Christina H. Wang, Esq./<br>　　Christina H. Wang, Esq.<br>　　2450 St. Rose Parkway, Suite 100<br>　　Henderson, Nevada 89074<br>　　*Attorneys for The Bank of New York*<br>　　*Mellon* |
| KOCH & SCOW, LLC | |
| By: /s/ /Steven B. Scow, Esq.     /<br>　　David R. Koch, Esq.<br>　　Steven B. Scow, Esq.<br>　　11500 S. Eastern Avenue, Ste. 210<br>　　Henderson, Nevada 89052<br>　　*Attorneys for Red Rock Financial Services, LLC* | |

**ORDER**

IT IS SO ORDERED.

DATED October 17, 2019.

_____
UNITED STATES DISTRICT JUDGE