DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
*Attorneys for Plaintiff*

CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Parkway, Suite 100
Henderson, Nevada 89074
Tel:  (702) 667-3000
Fax:  (702) 938-8721
Email:  christina.wang@fnf.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN FERRARO; NORTHSHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON, <br><br> Defendants. | Case No.:  2:17-CV-01919-JCM-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OBJECTION TO THE REPORT AND RECOMMENDATION (ECF 148)** <br><br> **(FIRST REQUEST)** |

Fidelity National
Law Group
2450 St. Rose Parkway
Suite 100
Henderson, Nevada 890
(702) 667-3000

Page 1 of 3

The Bank Of New York Mellon, fka The Bank Of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB ("BNYM" or "Plaintiff"), Northshores Owners Association ("Northshores"), Red Rock Financial Services, LLC ("Red Rock"), and Saticoy Bay LLC Series 3333 Hillingdon ("Saticoy Bay"), by and through undersigned counsel, hereby jointly submit this stipulation and order to extend the deadline for Plaintiff to file its Objection to the Court's Report and Recommendation dated on February 10, 2020 (ECF 148), currently due on February 24, 2020. The parties agree to extend the deadline 30 days, to March 26, 2020.

Defendant Saticoy Bay LLC Series 3333 Hillingdon and plaintiff Bank of New York Mellon are engaged in settlement negotiations that the parties believe will resolve this matter. The additional time will allow the settlement negotiations to move forward without unnecessarily expending judicial resources. This is the first request for an extension of this deadline, and is made in good faith and is not intended to cause any delay or prejudice to any party.

DATED this 20th day of February, 2020.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Natalie L. Winslow | /s/ T. Chase Pittsenbarger |
| _____ | _____ |
| NATALIE L. WINSLOW, ESQ. | SEAN L. ANDERSON, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 7259 |
| 1635 Village Center Circle, Suite 200 | T. CHASE PITTSENBARGER, ESQ. |
| Las Vegas, Nevada 89131 | Nevada Bar No. 13740 |
|  | 2525 Box Canyon Drive |
| **FIDELITY NATIONAL LAW GROUP** | Las Vegas, NV 89128 |
|  | *Attorneys for Northshores Owners Association* |
| /s/ Christina H. Wang |  |
| _____ |  |
| CHRISTINA H. WANG, ESQ. |  |
| Nevada Bar No. 9713 |  |
| 2450 St. Rose Parkway, Suite 100 |  |
| Henderson, Nevada 89074 |  |
| *Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB* |  |

Fidelity National
Law Group
2450 St. Rose Parkway
Suite 100
Henderson, Nevada 890
(702) 667-3000

Page 2 of 3

| KOCH & SCOW, LLC | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| /s/ Steven B. Scow | /s/ Nikoll Nikci |
| _____ | _____ |
| DAVID R. KOCH, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 8830 | Nevada Bar No. 1641 |
| STEVEN B. SCOW, ESQ. | NIKOLL NIKCI, ESQ. |
| Nevada Bar No. 9906 | Nevada Bar No.10699 |
| 11500 S. Eastern Avenue, Suite 210 | 2260 Corporate Circle, Suite 480 |
| Henderson, Nevada 89052 | Henderson, NV 89074 |
| *Attorneys for Red Rock Financial Services, LLC* | *Attorneys for Saticoy Bay LLC Series 3333 Hillingon* |

**IT IS SO ORDERED:**

_____

**THE HONORABLE JUDGE JAMES C. MAHAN**
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 21, 2020
_____

**Fidelity National**
**Law Group**
2450 St. Rose Parkway
Suite 100
Henderson, Nevada 890
(702) 667-3000