UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| THE BANK OF NEW YORK MELLON, | Case No. 2:17-CV-1919 JCM (PAL) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| JOHN FERRARO, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bank Of New York Mellon v. Ferraro et al.*, case number 2:17-cv-01919-JCM-BNW. Since October 2019, the parties have repeatedly represented that they are in settlement negotiations that may resolve the instant matter. (ECF Nos. 135; 136; 138; 139; 142; 143; 145; 146; 149; 151).

Although the court wants to avoid upsetting the apple cart, several motions—including plaintiff Bank Of New York Mellon's motion for partial summary judgment (ECF No. 96) and counter-claimant Saticoy Bay's renewed motion for summary judgment (ECF No. 111)—remain pending.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties shall file a joint status report on or before Friday, March 6, 2020, regarding their settlement negotiations.

DATED February 25, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**