# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No. 2:17-CV-1919 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| JOHN FERRARO, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bank of New York Mellon v. Ferraro et al.*, case number 22:17-cv-01919-JCM-BNW. On March 6, 2020, pursuant to this court's order (ECF No. 154), the parties filed a joint status report (ECF No. 155).

The parties represented that they anticipated filing a stipulation to dismiss the action between Bank of New York Mellon ("BNYM") and Saticoy Bay LLC Seriess 3333 Hillingdon ("Saticoy Bay") on or before April 6, 2020. (ECF No. 155 at 1). They further represented that BNYM, Northshores Owners Association ("NOA"), and Red Rock Financial Services, LLC ("Red Rock") anticipated dismissing the remainder of the case on or before April 6, 2020. *Id.* at 2.

In light of the parties' pending settlement, the court dismisses all pending motions (ECF Nos. 88; 89; 96; 111; 122) without prejudice as moot. The court instructs the parties to file a stipulation to dismiss this action on or before April 6, 2020.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all pending motions (ECF No. 88; 89; 96; 111; 122) be, and the same hereby are, DENIED without prejudice.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss on or before April 6, 2020. If the parties have not finalized their settlement agreement, they are instructed to file a status report on or before April 6, 2020.

DATED March 23, 2020.

_____
UNITED STATES DISTRICT JUDGE