DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB, <br><br> Plaintiff, <br> vs. <br><br> JOHN FERRARO; NORTHSHORES OWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; and SATICOY BAY LLC SERIES 3333 HILLINGDON, <br><br> Defendants. | Case No.:  2:17-cv-01919-JCM-BNW <br><br> **STIPULATION AND ORDER TO DISMISS CLAIMS BETWEEN THE BANK OF NEW YORK MELLON AND SATICOY BAY LLC SERIES 3333 HILLINGDON WITH PREJUDICE** |
| SATICOY BAY LLC SERIES 3333 HILLINGDON, <br><br> Counterclaimant, <br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-30CB, <br><br> Counterdefendant. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

51489693;1

PLEASE TAKE NOTE that The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB (**BoNYM**) and Saticoy Bay LLC Series 3333 Hillingdon (**Saticoy Bay**), by and through their respective counsel of record, hereby stipulate and agree to dismiss all claims between BoNYM and Saticoy Bay with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party to this stipulation to bear its own costs and fees. This dismissal shall not affect the other claims in this lawsuit.

The parties also stipulate that lis pendens, recorded July 21, 2017 as Instrument No. 20170721-0002220, in cancelled and expunged.

DATED this 22nd day of May, 2020.

| AKERMAN LLP | THE LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., |
|---|---|
| /s/ Rex D. Garner | /s/ Adam R. Trippiedi |
| DARREN T. BRENNER, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 1641 |
| NATALIE L. WINSLOW, ESQ. | ADAM R. TRIPPIEDI ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 12294 |
| REX D. GARNER, ESQ. | 2260 Corporate Circle, Suite 480 |
| Nevada Bar No. 9401 | Henderson, NV 89074 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | |
| *Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-30CB, Mortgage Pass-Through Certificates Series 2004-30CB* | *Attorneys for Saticoy Bay LLC Series 3333 Hillingdon* |

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:17-cv-01919-JCM-BNW

**DATED:** _ May 26, 2020 _____

51489693;1