UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

THE BANK OF NEW YORK MELLON,

Plaintiff(s),

v.

JOHN FERRARO, et al.,

Defendant(s).

Case No. 2:17-CV-1919 JCM (BNW)

ORDER

Presently before the court is the matter of *Bank of New York Mellon v. Ferraro et al.*, case number 2:17-cv-01919-JCM-BNW. On April 6, 2020, the parties filed a status report, indicating that Bank of New York Mellon ("BNYM") and Saticoy Bay LLC Series 3333 Hillingdon had settled. (ECF No. 157 at 1). The parties also indicated that BNYM, Northshores Owners Association, and Red Rock Financial Services LLC "anticipate[d] being able to either dismiss the remainder of the case in the next 30 days or provide the [c]ourt with a status report concerning their progress and intentions." *Id.*

More than 30 days have passed, and the parties have not filed dismissal paperwork or a status report.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties shall file, within 7 days of this order, a stipulation to dismiss or a status report. Failure to file the appropriate papers in accordance with this order may result in sanctions, including terminating this action with prejudice.

DATED July 15, 2020.

James C. Mahan
UNITED STATES DISTRICT JUDGE