**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>              Plaintiff(s),<br><br>     v.<br><br>JOHN FERRARO, et al.,<br><br>              Defendant(s). | Case No. 2:17-CV-1919 JCM (BNW)<br><br>ORDER |

Presently before the court is the matter of *Bank Of New York Mellon v. Ferraro et al*, 2:17-cv-01919-JCM-BNW.  The court granted the parties' stipulations of dismissal with prejudice. (ECF Nos. 165, 160).  All defendants have been terminated with the exception of John Ferraro, who has not made an appearance in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff shall, within seven (7) days of this order, file a motion for entry of default judgment or other appropriate motion.

DATED September 11, 2020.

_____
UNITED STATES DISTRICT JUDGE